# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| GINO D'OTTAVIO,<br><br>                  Plaintiff,<br><br>   v.<br><br>ETAN INDUSTRIES,<br><br>                  Defendant. | Civil Action No. 18-cv-02269<br><br>Honorable Joseph H. Rodriguez<br><br>**ORDER TO SHOW CAUSE** |

This matter having come before the Court on its own accord; and the Court finding that Plaintiff Gino D'Ottavio has failed to prosecute this case and/or respond to the Order of Magistrate Judge Karen Williams filed on January 28, 2020 [Dkt. No. 24]; therefore,

IT IS on this 24th Day of February, 2020 hereby

ORDERED that Plaintiff Gino D'Ottavio SHOW CAUSE IN WRITING why this case should not be dismissed for failure to prosecute by March 13, 2020; failure to respond to this Order will result in the automatic dismissal of this case for lack of prosecution under Local Civil Rule 41.1(a) and Federal Rule of Civil Procedure 41(b); and it is further

ORDERED that the Clerk shall send a copy of this Order to Plaintiff Gino D'Ottavio by certified mail.

Hon. Joseph H. Rodriguez,
UNITED STATES DISTRICT JUDGE